

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00615-CV

Gabriel **RODRIGUEZ** Sr., Gabriel Rodriguez Jr., and Paul Celestine,
Appellants

v.

**HILLCORP ENERGY COMPANY**, Virginia Rodriguez, Imelda Garza Saenz, Maria Lilia Henkel, Israel Guerra, Mario Corona, Blanca Corona Garza, Homero Corona, Rosie Ownsby, Delia Rodriguez, Rudy Rodriguez, Estate of Filiberto Garza, and Josie (Fields) Rodriguez,
Appellees

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DC-22-282
Honorable Baldemar Garza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We STRIKE Appellants' Amended Brief; all pending motions for relief are DENIED. Costs of court for this appeal are taxed against Gabriel Rodriguez Sr., Gabriel Rodriguez Jr., and Paul Celestine.

SIGNED November 23, 2022.

_____
Patricia O. Alvarez, Justice